For the reasons set forth in the opinion in said case, the judgment in this case will be affirmed.

We find in this record an affidavit made by the appellant asking that this appeal be dismissed.

The opinions heretofore filed in this case will be withdrawn, and the appeal dismissed.

## Raymond HART v. STATE.
### No. 17276.

Court of Criminal Appeals of Texas.

Oct. 17, 1934.

Robt. A. Sone and J. R. Cornelius, both of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find with the record an affidavit in proper form requesting that the appeal in this case be dismissed. The request is granted.

The appeal is dismissed.

## Cleve HENDERSON v. STATE.
### No. 15853.

Court of Criminal Appeals of Texas.

Nov. 14, 1934.

S. I. Cornett, of Linden, and Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for assault to murder; punishment, two years in the penitentiary.

## Pinkle HODGE v. STATE.
### No. 17055.

Court of Criminal Appeals of Texas.

Nov. 7, 1934.

Sturgeon & Birmingham, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the burglary of a private residence; penalty assessed at confinement in the penitentiary for two years.

Appellant regularly indicted and tried. The evidence upon which the conviction is founded and which was before the court is not brought up for review.

Perceiving no matter authorizing a reversal of the judgment, an affirmance is ordered.

## Pearl JEFFERSON v. STATE.
### No. 17238.

Court of Criminal Appeals of Texas.

Oct. 10, 1934.

Richardson & Lanier, of Jasper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of murder, and her punishment assessed at confinement in the state penitentiary for a term of five years.

Affidavit in proper form has been filed by appellant asking this court to dismiss her appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.